1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HARLAN TROXLER,

                    Plaintiff,                              CV08-5198FDB

        vs

CLALLAM COUNTY and                                  MINUTE ORDER
JOHN DOES 1 and 2,

                    Defendants,

NOW, on this 12th day of June, 2009, the Court directs the Clerk to enter the following Minute Order:

Following a six-month continuance of this matter following the death of Plaintiff, there has yet to be a determination by Plaintiff's widow as to whether this case will proceed.

ACCORDINGLY IT IS ORDERED: Plaintiff's widow shall show cause by no later than July 10, 2009 why this cause of action should not be dismissed. If there is no response to this order by July 10, 2009, this cause of action will be dismissed.

The foregoing Minute Order entered at the direction of the Honorable Franklin D. Burgess, United States District Judge.

                                        __/s/ Pat LeFrois____
                                        Pat LeFrois
                                        Courtroom Deputy