

FILED
RECEIVED
JUL 13 2009
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HARLAN TROXLER,

    Plaintiff,

v.

CLALLAM COUNTY and
JOHN DOES 1 and 2,

    Defendants.

Case No. C08-5198FDB

ORDER OF DISMISSAL

Plaintiff's widow was to have shown cause by no later than July 10, 2009 why this cause of action should not be dismissed. The Show Cause Order provided for dismissal in the event that no response was filed. To date, no response has been filed.

ACCORDINGLY, IT IS ORDERED: This cause of action is DISMISSED.

DATED this 13th day of July, 2009.

                                FRANKLIN D. BURGESS
                                UNITED STATES DISTRICT JUDGE

ORDER - 1