# United States District Court

WESTERN DISTRICT OF WASHINGTON

HARLAN TROXLER,

        Petitioner,

v.

CLALLAM COUNTY and
JOHN DOES 1 and 2,
        Respondent

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5198FDB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

This cause of action is DISMISSED.

July 13, 2009

                                                                                           BRUCE RIFKIN
                                                                                                        Clerk

                                                                                          /s/ Pat LeFrois
                                                                                                             Deputy Clerk